IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00044–EWN–CBS

NUCLEAR CARDIOLOGY SYSTEMS,
INC., a Colorado corporation,

    Plaintiff,

v.

HAMID A. HAI, M.D.,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion to Approve Withdrawal of Counsel by Richard W. Pruett" (#10, filed March 10, 2006) is GRANTED.

Dated: March 13, 2006