IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–00044–EWN–CBS

NUCLEAR CARDIOLOGY SYSTEMS, INC.,
a Colorado corporation,

    Plaintiff,

v.

HAMID A. HAI, M.D.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to Amend Answer (filed April 5, 2006; *doc. no. 15*) is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing the Amended Answer, Counterclaims and Jury Demand (*doc no. 15-2*) tendered to the court on April 5, 2006.

**DATED:**    April 6, 2006