IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00044–EWN–CBS

NUCLEAR CARDIOLOGY SYSTEMS,
INC., a Colorado corporation,

 Plaintiff,

v.

HAMID A. HAI, M.D.,

 Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Nel Steffens, Deputy Clerk, for Jamie L. Hodges, Secretary

The "Unopposed Motion for Leave to Substitute Nuclear Cardiology Systems, Inc.'s Motion for Summary Judgment and Memorandum of Authorities" (#38, filed October 11, 2006) is GRANTED.

The "Second Unopposed Motion for Extention of Time" (#39, filed October 16, 2006) is GRANTED.

Dated: October 17, 2006